AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

## Central District of Illinois

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, | ) ) ) ) |
| Plaintiff, | ) **SUMMONS IN A CIVIL ACTION** ) ) |
| vs. | ) CASE NO.: O6 - 1251 ) |
| WALTER DEEMIE d/b/a RIVER CITY DEMOLITION, | ) ) ) |
| Defendant. | ) ) |

**TO:** (Name and Address of Defendant)    <u>Walter Deemie d/b/a River City Demolition</u>
**2232 W. Clark**
**Peoria, IL 61602**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY (name and address):

**David W. Stuckel, Esq.**
**Harvey & Stuckel, Chtd.**
**331 Fulton Street, Suite 650**
**Peoria, Illinois 61602**

an answer to the complaint which is herewith served upon you, within <u>**twenty (20)**</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/ John M. Waters                         9/29/06
_____    _____
**CLERK**                                      **DATE**

s/Clerk
_____
**BY DEPUTY CLERK**

F:\Tammy\ERISA\16247L\Summons.wpd