**E-FILED**
Friday, 13 October, 2006 09:17:22 AM
Clerk, U.S. District Court, ILCD

**MANIAS DETECTIVE AGENCY**
456 Fulton / Suite 166
Peoria, IL. 61602
Phone; 309-635-9900
Fax; 309-691-7304
E-Mail / maniasedec@aol.com
IL. License # 117-000877 & 115-001010

County: UNITED STATES CENTRAL IL DISTRICT   Case#: 06-1251

Plaintiff: ANNUITY PLAN OF INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL # 649

Defendant: WALTER DEEMIE D/B/A RIVER CITY DEMOLITION

## AFFIDAVIT OF SERVICE

I, EMANUEL E. MANIAS, being duly sworn on oath state that I am a licensed or registered employee of a private detective agency, licensed by the state of Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of chapter 735, code of civil procedure section 5/2-202 Illinois compiled statues, to serve process. I affected the service as follows:

☒ **PERSONAL:** By leaving a copy of the attached document with each individual defendant, personally.

☐ **ABODE:** By Leaving a copy of the listed document at the usual place of abode of each individual defendant with some person of his family or a person residing there, of the age of 13 years or upwards. Informing that person of the contents and also by sending a copy of the summons in a sealed envelope, with the postage fully pre-paid, addressed to the defendant at his/her usual place of abode.   **DATE MAILED:** _____

☐ **OTHER SERVICE:** _____

☐ **RETURNED UNEXECUTED:** _____

### DOCUMENTS SERVED

| ☒ Summons | ☐ Citation to Discover Assets | ☐ Citation to Discover Assets to Third Party |
| ☒ Complaint | ☐ Wage Deduction Summons | ☐ Forcible Detainer |
| ☐ Subpoena | ☐ Affidavit for Wage Deduction Order | ☐ Petition for Guardianship |
| ☐ Notice of Hearing | ☐ Wage Deduction Notice | ☐ Petition for Dissolution of Marriage |
| ☐ Rule to Show Cause | ☐ Complaint for Foreclosure | ☐ |

Defendant Name: WALT DEEMIE/RIVER CITY DEMOLITION   Person Served: WALT DEEMIE

Sex: M   Race: W   Age: 45   Height: 5-10   Weight: 170

Place of Service: 2232 W. CLARK   City: PEORIA   State: Illinois

Date Served: 10-10-06   Time of Service: 11:15 A.M.

_Emanuel E. Manias_
Signature of Process Server

Subscribed and Sworn before me this 10 day of OCTOBER 2006

Notary Public: _Terri A. McCarthy_
791

**PROCESS SERVICE FEE:**
SERVICE: $ 30.00
LOCATE: $ —
MILEAGE: $ 6.00
OTHER: $ —
**TOTAL FEES:** $ 36.00

OFFICIAL SEAL
TERRI A. McCARTHY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-06-2010