E-FILED
Wednesday, 14 March, 2007   12:15:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER DEEMIE d/b/a RIVER CITY DEMOLITION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.:  06-1251<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

**Now Comes** Plaintiff, **Annuity Plan of the International Union of Operating Engineers Local No. 649**, by its attorney, DAVID W. STUCKEL, and moves that the above-entitled cause be dismissed by reason of settlement.

          **Annuity Plan of the International Union of Operating Engineers Local No. 649**, Plaintiff


By: _____s/ David W. Stuckel_____
      DAVID W. STUCKEL

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois  61602
Telephone:  (309) 671-4900

F:\Tammy\ERISA\16247L\Dismiss.Motion.wpd

E-FILED
Wednesday, 14 March, 2007   12:15:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: 06-1251 ) |
| WALTER DEEMIE d/b/a RIVER CITY DEMOLITION, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**This Cause** having come on to be heard on Plaintiff's Motion to Dismiss and the Court having been fully advised in the premises;

IT IS HEREBY ORDERED:

The above-entitled cause of action is dismissed.

ENTERED:_____     _____
                                                                JUDGE